IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA
LAS VEGAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| FRANK KASPER | § | CASE NO. 09-13195-MN-13 |
| BETH SOLIE | § | CHAPTER 13 |
| | § | |
| | § | JUDGE MIKE NAKAGAWA |

### REQUEST FOR SERVICE OF NOTICE

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that Brice, Vander Linden & Wernick, P.C. has been engaged by the creditor identified below to serve as its authorized agent in this matter.

You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to, notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankrupcy Court upon the creditor at the following address:

**Saxon Mortgage**
**1270 Northland Drive / Suite 200**
**Mendota Heights, Minnesota 55120**

Respectfully submitted,
Brice, Vander Linden & Wernick, P.C.

/s/ Hilary B. Bonial

Hilary B. Bonial

F# 7620-N-1254
9441 LBJ Freeway, Suite 350
Dallas, Texas  75243
(972) 643-6600 / (972) 643-6698 (Telecopier)
E-mail Address: notice@bkcylaw.com
Authorized Agent for Saxon Mortgage

## CERTIFICATE OF SERVICE

    I, Hilary B. Bonial, hereby certify that a true and correct copy of the foregoing Request for Service of Notice has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before June 11, 2009:

**Debtors' Attorney**
Melissa S Cain
Cain Law Group
4775 S. DURANGO STE. 107
LAS VEGAS, NV  89147

**Chapter 13 Trustee**
Kathleen A. Leavitt
302 East Carson St, Suite 300
Las Vegas, Nevada 89101

**U.S. Trustee**
OFFICE OF THE US TRUSTEE
300 Las Vegas Boulevard South, Suite 4300
Las Vegas, Nevada 89101

/s/ Hilary B. Bonial

Hilary B. Bonial

7620-N-1254
noaelect